JOHN F. GARLAND   #117554
Attorney at Law
1713 Tulare Street, Suite 221
Fresno, California 93721

Telephone: (559) 497-6132

Attorney for Defendant
THEARITH  PRAK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.  1: 06-CR-00313 LJO |
| Plaintiff, ) | APPLICATION FOR ORDER EXONERATING CASH BOND AND ORDER THEREON |
| v. ) | |
| THEARITH  PRAK, ) | |
| Defendant. ) | HONORABLE LAWRENCE J. O'NEILL |

    Defendant, THEARITH  PRAK, by and through his counsel, John F. Garland, hereby moves the Court for an order exonerating the cash bond deposited with the Clerk of the Court in the above captioned case.

    On September 12, 2006 defendant THEARITH  PRAK was arrested pursuant to a Warrant of Arrest issued by this Court for charges in the above captioned case. On September 20, 2006 United States Magistrate Judge Lawrence J. O'Neill ordered the release of Mr. Prak, setting conditions of pretrial supervision, and a $2,000 cash bond. THEARITH PRAK was released from custody on September 20, 2006 following the deposit of $2,000 cash with the Clerk of the Court by SOPHANN  KONG [Doc. 40, Receipt # 101-9433].

    On June 13, 2008 THEARITH  PRAK appeared before this Court and entered a plea of guilty to Count 1 of the Indictment. On February 27, 2009 this Court sentenced THEARITH PRAK  to a term of  27 months imprisonment and ordered him to surrender to the federal institution designated by the United States Bureau of Prisons on or before 2:00 p.m. on April 10,

1

1 | 2009.

2 | On April 10, 2009 THEARITH PRAK surrendered to the Taft Correctional Institution at Taft, California to begin service of the 27 month sentence imposed by this Court. THEARITH PRAK, having surrendered to the designated federal institution as ordered, hereby requests the Court exonerate the cash bond set by the Magistrate Judge and order the Clerk of the Court to return the $2,000 cash [Receipt # 101-9433] to SOPHANN KONG. Assistant United States Attorney Laurel J. Montoya does not oppose this application

Dated: April 12, 2009                                    Respectfully submitted,

      /s/ John F. Garland
      John F. Garland
      Attorney for defendant
      THEARITH PRAK

**ORDER**

Pursuant to the representations of Officer of the Court Garland, the cash bond posted by SOPHANN KONG is exonerated and the Clerk of the Court is directed to return the $2,000 cash [Receipt # 101-9433] to SOPHANN KONG.

IT IS SO ORDERED.

**Dated:   April 15, 2009**                    **/s/ Lawrence J. O'Neill**
                                                       UNITED STATES DISTRICT JUDGE